UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-047 |
| | ) | |
| KOLBIE HADDEN WATTERS | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Danny L. Durham** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Danny L. Durham** be granted leave of absence for the following periods: **September 30, 2019 through October 8, 2019.**

This 26th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA