UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR119-047 |
| ) | |
| KOLBIE HADDEN WATTERS ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Danny L. Durham** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Danny L. Durham be granted leave of absence for the following periods: **March 30, 2020 through March 31, 2020; April 24, 2020; May 27, 2020 through June 1, 2020; and June 10, 2020 through June 15, 2020.**

**SO ORDERED**, this the 21st day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA